Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 34  

**IP Address:** 74.73.129.18  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash:<br>C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 03/11/2024 15:21:45 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 2 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash:<br>28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 03/11/2024 15:21:01 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 3 | Info Hash: B30A24C236439A9B2C65C9234830190BD3026085<br>File Hash:<br>E190CFF045FD226A2DC42A0014C64775CD37FE54BE08F0806F0D3BDE27234259 | 03/07/2024 15:24:43 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 4 | Info Hash: 33B74B885232453CB3DC43A1634268A9E0E1A8AB<br>File Hash:<br>BC5938387BCCFCC45958AA1928244F4D52045BC682BAF54596A57D4D30E750F4 | 03/06/2024 11:15:15 | TushyRaw | 03/05/2024 | 03/13/2024 | PA0002459340 |
| 5 | Info Hash: 5A42DFE27602BD80A27CBD9D981D913FD087DBA2<br>File Hash:<br>7EFD4D4C6756289D24DF3595F71222392D04714E9D5B83A4107EA28C06ED70B9 | 03/03/2024 00:52:33 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 6 | Info Hash: 6AD7A6B013B36499158E2DEC59D7BC194BD66AF2<br>File Hash:<br>E3BFD17C1C0003EE7581BFC9212AF885024FBCEBD6E6136C156F2660AD8195D5 | 02/27/2024 03:12:15 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 7 | Info Hash: CDF2D5D65E021BAEA6386F913847C68906632E71<br>File Hash:<br>5C3B05C916121D8E913967EB1FB8775F5AD8A077F8E325E60735B0B6AE35F5F9 | 02/07/2024 13:00:20 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 8 | Info Hash: 652D8131A55ECC4DBF8862EC154ED8B640D8509E<br>File Hash:<br>9C1F7CD1E486848BB657AEA0EF013B50A1C236A1057A1269DE1B5543340A95F1 | 02/05/2024 14:45:03 | Tushy | 07/10/2022 | 07/22/2022 | PA0002359469 |
| 9 | Info Hash: 19605E93AD6E797AC80C7A556BBDD357F3EB2ADE<br>File Hash:<br>DF18118B2149110C3D425DAD98720F1482E5D8E5ED1671EEFF9F675545FD24AD | 01/29/2024 20:14:37 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 10 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 01/29/2024 01:49:26 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 11 | Info Hash: EE8F5FDA6BFB100C1EB7BE496BEB819741D1FB4A<br>File Hash:<br>84AF637AA8CAE3B0C880BA4B26836291B972A7C9ADEBD50BFD00392D00942E61 | 01/23/2024 15:15:45 | Blacked Raw | 01/29/2023 | 04/13/2023 | PA0002406902 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7C9E406FAB73FAC20B6EAC7AE1FE5084E32999D0<br>File Hash:<br>0388173B9A6A5334727357D81BCFE3D1C4DE85EBE1BF01E463182DA5BB5141EF | 01/17/2024 17:11:06 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 13 | Info Hash: 1C949F3B5D4AF5469EA4817A5EF1D10387B6C0A3<br>File Hash:<br>5E4408D526E3BA5A0E7A389D7DCA4FDDAB1AA92F33C9C0184A56EEFF488D703A | 11/27/2023 16:17:12 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 14 | Info Hash: DC191363CA433B3DF58F8B19F07FF0DE7D41FF21<br>File Hash:<br>4E975A89DD6BBF9B70EF4001154B330F3CBBC06B33E68EC8684E8A9F32F5F073 | 11/19/2023 16:44:13 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 15 | Info Hash: 9FD924A8E6AB463C8BB228E15CAF65E95298E3F8<br>File Hash:<br>6009E8E0080F76C38A9C951363476A86D70EDE85DA9D68FF5998ED33E3C60F83 | 11/18/2023 02:41:43 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 16 | Info Hash: BA4548E157820A3DF2C7D690EA08DB61F12C949A<br>File Hash:<br>95514F92F5CF9A316B04E53BA54298EF21933141B0FACE94D8C1B7C7EE95CE39 | 11/16/2023 15:35:38 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 17 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 11/16/2023 15:29:52 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 18 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash:<br>16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 11/14/2023 03:06:51 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 19 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash:<br>7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 11/14/2023 03:05:56 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 20 | Info Hash: 7E18A5A302A18AB1384F7B3125AB1CC6BF59AAC8<br>File Hash:<br>0348811CC9B6003D77C38404CBF9E2DBB7831D4D747298FD98394B16DF2EE478 | 10/17/2023 13:59:03 | TushyRaw | 06/07/2023 | 07/14/2023 | PA0002427503 |
| 21 | Info Hash: F843A879D588AE73A56F2DC8BE9A4AF12D77F4CA<br>File Hash:<br>7AD45C6E3DD5D6A1E96F61223DF339F6562F1A36946BE43A88658E20AFC84EC9 | 09/21/2023 00:27:39 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 22 | Info Hash: 98EE6BB1678C6A771B7B32E3C56DF9A4CC813192<br>File Hash:<br>15F7565D265B63EA8383FEEE0B83C4BC93619381921B49DE844C558C33532129 | 09/21/2023 00:09:22 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 23 | Info Hash: F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB<br>File Hash:<br>590AA1CC12A5707E4FD002FF0E781EBEE696FF46E061D27233222D1FB91C80E4 | 09/13/2023 13:17:33 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: F30610A762046A5970D53B3A8062791BB39DDE6C<br>File Hash: 96309425E27F967A3177E7CFB6A472991D98C8CFAA0FF689FD5346D8BFECA561 | 09/01/2023 14:30:38 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 25 | Info Hash: 8C06A6A6C3DD2669F73BA09EA79A7196598F00A0<br>File Hash: CB1B023E7835AFAAD52904D34E54962002CB308DCD90FACCCBBEA45962A6633A | 08/05/2023 18:57:13 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 26 | Info Hash: 1D45843B1E0F3F52535E4B58050EC82501CA997C<br>File Hash: 081F3A8BDD5C76C08E509143582DB3AE71AD06AB56DFB45FC9377425875FBBFD | 07/24/2023 13:49:24 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 27 | Info Hash: 5EBAA857DB4CB94E7B579561C0FBE666094E0A10<br>File Hash: 1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 06/08/2023 13:01:05 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 28 | Info Hash: 4CE6EA81D3E8960220D9FCBFE31FFC77667BB3F5<br>File Hash: E5515B14DB042C277687C6F391BB590AAC048759D7ADB51382D21872383EB802 | 06/08/2023 11:56:45 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 29 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 11/11/2022 16:08:31 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 30 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 10/13/2022 16:00:09 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 31 | Info Hash: E50BD1CB3ACC48401B3791C2B069C93C3AF8D311<br>File Hash: BA77C9FD83CFB2B241E063CBC7AF668D4D583FC5C2854C0F22CB85F4245BEDA2 | 10/13/2022 15:58:34 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 32 | Info Hash: A076115A440597A78B1FCDA2C014EF8826DB0139<br>File Hash: 25180046D6C10767F5828EF1D9DF2749B53368D39B97E4225FD9818499717439 | 08/03/2022 15:49:10 | Tushy | 05/08/2022 | 05/20/2022 | PA0002350382 |
| 33 | Info Hash: EBA4661983A4F2B1A9ADE564FE0123921F6BA68C<br>File Hash: 42D8E9DBE0FCA43313268BBBA36EB61AFF69F2D430EA7C6A85499179D7FF1490 | 07/12/2022 15:57:03 | Blacked Raw | 06/27/2022 | 07/22/2022 | PA0002359465 |
| 34 | Info Hash: 122DD1176E7094026020329C655E12AE208C3F47<br>File Hash: 312A04E5965969DB34448619957556C3CAA7641F51AC5CAEDBBAB0ADE50E0980 | 07/12/2022 15:34:04 | Tushy | 06/19/2022 | 08/10/2022 | PA0002370907 |